| CRIMINAL COMPLAINT | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Fidencio Rodriguez-Tirado**<br>DOB: 1982; Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>17-04459MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(2)(B)(ii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about September 11, 2017, at or near Topawa, in the District of Arizona, **Fidencio Rodriguez-Tirado**, did knowing or in reckless disregard of the fact that certain aliens, including Mateo Alejandro Kino-Romero, Santos Tomas Lopez-Lopez, Francisco Lopez-Cuy, Candido Gualdema Lopez-Arrias, and Wilson Jimenez-Lopez, had not received prior official authorization to come to, enter, or reside in the United States, did bring to or attempt to bring to the United States said aliens, in any manner whatsoever, regardless of any official action which may later be taken with respect to such aliens, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section § 1324(a)(2)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about September 11, 2017, at or near Topawa, in the District of Arizona, United States Border Patrol Agents (BPA) encountered a group of eight subjects near the border while using an unmanned air asset. BPA identified the members of the group as **Fidencio Rodriguez-Tirado,** Mateo Alejandro Kino-Romero, Santos Tomas Lopez-Lopez, Francisco Lopez-Cuy, Candido Gualdema Lopez-Arrias, Wilson Jimenez-Lopez, a juvenile, and an additional adult. BPA determined that all members of the group were in the United States illegally.

The material witnesses, Mateo Alejandro Kino-Romero, Santos Tomas Lopez-Lopez, Francisco Lopez-Cuy, Candido Gualdema Lopez-Arrias, and Wilson Jimenez-Lopez, stated that they had made arrangements to be smuggled into the United States for money. Kino-Romero, Lopez-Lopez, and Jimenez-Lopez identified **Fidencio Rodriguez-Tirado** in a photo lineup as their guide who brought the group into the United States.

In a post-*Miranda* statement, **Rodriguez** said that he was going to be paid $500 for his involvement in smuggling the group to Phoenix.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Mateo Alejandro Kino-Romero, Santos Tomas Lopez-Lopez, Francisco Lopez-Cuy, Candido Gualdema Lopez-Arrias, and Wilson Jimenez-Lopez

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA RW_____ *RW* | SIGNATURE OF COMPLAINANT<br>*/s/*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*/s/ Velasco* | DATE<br>September 12, 2017 |

1) See Federal rules of Criminal Procedure Rules 3 and 54